PEOPLE OF THE STATE OF NEW YORK ex rel. H. MARVIN WELLS, Appellant, *v.* THE COMMON COUNCIL OF THE CITY OF ELMIRA, N. Y., Respondent.

*People ex rel. Wells* v. *Collin,* 19 App. Div. 457, affirmed.
(Submitted October 18, 1897; decided November 23, 1897.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered July 13, 1897, which reversed an order of Special Term granting a peremptory writ of mandamus.

*James Bacon* and *Judson A. Gibson* for appellant.

*S. S. Taylor* for respondent.

Order affirmed on opinion below, with costs.
All concur.